**Lorenzo SEGURA, Plaintiff—Appellant,**

v.

**T. FELKER; et al., Defendants—Appellees.**

**No. 11–16636.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 26, 2012.*

Filed July 12, 2012.

Lorenzo Segura, Calipatria, CA, pro se.

William Hawthorne Downer, Deputy Attorney General, Office of the California Attorney General, Sacramento, CA, for Defendant–Appellee.

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

MEMORANDUM ***

California state prisoner Lorenzo Segura appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging denial of access to the courts. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal under Federal Rule of Civil Procedure 12(c), *Turner v. Cook,*

362 F.3d 1219, 1225 (9th Cir.2004), and we affirm.

The district court properly granted defendants' motion for judgment on the pleadings on Segura's denial of access to courts claim because he failed to state any facts to establish that the alleged interference hindered his efforts to pursue a non-frivolous legal claim. *See Lewis v. Casey,* 518 U.S. 343, 351, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

